■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IBEN ABDUL NAGI, Appellant. (Appeal No. 2.) — Judgment insofar as it imposes sentence unanimously reversed on the law and matter remitted to Supreme Court, Erie County, for resentencing in accordance with the memorandum in *People* v. *Nagi* (42 A D 2d 683). (Appeal from judgment of Erie Supreme Court convicting defendant of criminal possession of stolen property, third degree.) Present — Goldman, P. J., Witmer, Moule, Cardamone and Simons, JJ.

■ MOSS & SULLIVAN, INC., Plaintiff, v. FIREMEN'S FUND INSURANCE COMPANY et al., Respondents, and ANTHONY RAGUSA, Appellant.— Order unanimously affirmed, with costs to appellant. Memorandum: While Special Term made no determination of adequate special circumstances as required by CPLR 3101 (subd. [a], par. [4]), we find sufficient evidence in the record to make such a determination, and we determine that such special circumstances exist as to require disclosure. (See *Kenford Co.* v. *County of Erie,* 41 A D 2d 586.) (Appeal from order of Erie Special Term denying motion for protective order.) Present — Marsh, J. P., Witmer, Cardamone, Simons and Henry, JJ.